IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHARLES FRANK COLLINS, #1869334 | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv707 |
| ANDERSON COUNTY SHERIFF'S OFFICE, ET AL. | § | |

ORDER OF PARTIAL DISMISSAL

The above-entitled and numbered civil action was heretofore directly assigned to United States Magistrate Judge K. Nicole Mitchell. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (doc. #42) is **ADOPTED**. It is further

**ORDERED** that Defendant Anderson County Sheriff's Office's motion to dismiss pursuant to Fed. R. 12(b)(6) (doc. #33) is **GRANTED** and the claims against it are **DISMISSED** with prejudice.

**It is SO ORDERED**.

**SIGNED this 3rd day of March, 2016.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE